```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 19385
    PAUL DENNIS ROSS
    SHERRY ELLEN ROSS                              CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR
            Debtor
    SSN XXX-XX-5618      SSN XXX-XX-4366
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/19/07 .

2. The case was dismissed without confirmation, 03/14/2008.

3. The Debtor paid a total of $ 1400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |
| BARB ROSS | SECURED VEHIC | .00 | .00 | .00 |
| CASH TO GO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ADT | UNSECURED | NOT FILED | .00 | .00 |
| ANTIOCH RESCUE SQUAD | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| BANK FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASH TO CO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CASHCALL INC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANKCARD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |

```
BARONS CREDITORS SERVICE  UNSECURED      NOT FILED              .00            .00
HSBC                      UNSECURED      NOT FILED              .00            .00
HSBC                      UNSECURED      NOT FILED              .00            .00
HSBC                      UNSECURED      NOT FILED              .00            .00
HSBC                      UNSECURED      NOT FILED              .00            .00
KENOSHA EMERGENCY PHYCIS  UNSECURED      NOT FILED              .00            .00
LAKE COUNTY HEALTH DEPAR  UNSECURED      NOT FILED              .00            .00
NORDSTROM                 UNSECURED      NOT FILED              .00            .00
HSBC                      UNSECURED      NOT FILED              .00            .00
SST FAIRLANE CREDIT       UNSECURED      NOT FILED              .00            .00
MICHAEL A SUTKOWSKI       UNSECURED      NOT FILED              .00            .00
US CELLULAR               UNSECURED      NOT FILED              .00            .00
UNITED HOSPITAL SYSTEM    UNSECURED      NOT FILED              .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
PRINCIPAL PAID          .00           .00          .00          .00           .00
INTEREST PAID           .00           .00          .00          .00           .00
TOTAL PAID              .00           .00          .00          .00           .00
```

The Debtor's attorney, DANIEL K ROBIN                   , was allowed $   3000.00
and was paid $    1527.00   direct and $    1318.80   through the plan.

The Trustee received $       81.20 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 06/25/08              /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 19385 PAUL DENNIS ROSS & SHERRY ELLEN ROSS